<div style="writing-mode: vertical-rl">United States District Court    For the Northern District of California</div>

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  JAN A. WEITH,                           No. C 05-5370 CRB
12         Plaintiff,                      **ORDER**
13     v.
14  UNITED STATES OF AMERICA, et al.
15         Defendants.
16                                          /
17     Now before the Court is plaintiff's application to proceed *in forma pauperis* ("IFP").
18  A court may authorize a plaintiff to prosecute an action in federal court without prepayment
19  of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay
20  such fees or give security therefor.  See 28 U.S.C. § 1915(a).  Plaintiff has submitted the
21  required documentation, and it is apparent from her application that her assets and income
22  are insufficient to enable plaintiff to prosecute the action.
23     Viewing plaintiff's application in isolation, it appears that she should be allowed to
24  proceed IFP.  A court is under a continuing duty, however, to dismiss a case whenever it
25  determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which
26  relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from
27  such relief."  28 U.S.C. § 1915(e)(2)(B)(i) -- (iii).
28

Weith v. United States of America et al                                                                 Doc. 7

Dockets.Justia.com

Plaintiff's complaint appears to allege RICO claims against defendants and requests damages of $1 billion. Plaintiff's complaint includes no facts or substantive allegations and therefore fails to state a claim upon which relief can be granted. As a result, to the extent plaintiff's complaint alleges claims against a government entity, it is DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Dated: January 17, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5370\ifpdismissal.wpd    2