United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JAN A. WEITH,                              No. C 05-5370 CRB

12              Plaintiff,                      **ORDER**

13        v.

14   UNITED STATES OF AMERICA, et al.

15              Defendants.
                                            /
16

17        Now before the Court is plaintiff's application to proceed *in forma pauperis* ("IFP").

18   A court may authorize a plaintiff to prosecute an action in federal court without prepayment

19   of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay

20   such fees or give security therefor.  See 28 U.S.C. § 1915(a).  Plaintiff has submitted the

21   required documentation, and it is apparent from her application that her assets and income

22   are insufficient to enable plaintiff to prosecute the action.

23        Viewing plaintiff's application in isolation, it appears that she should be allowed to

24   proceed IFP.  A court is under a continuing duty, however, to dismiss a case whenever it

25   determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which

26   relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from

27   such relief."  28 U.S.C. § 1915(e)(2)(B)(i) -- (iii).

28

1    Plaintiff's complaint appears to allege RICO claims against defendants and requests

2    damages of $1 billion.  Plaintiff's complaint includes no facts or substantive allegations and

3    therefore fails to state a claim upon which relief can be granted.  As a result, to the extent

4    plaintiff's complaint alleges claims against a government entity, it is DISMISSED without

5    leave to amend.

6

7    **IT IS SO ORDERED.**

8

9    Dated: January 17, 2006

10                                                                CHARLES  R. BREYER
                                                                 UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California