**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN A. WEITH, | No. C 05-05370 CRB |
| Plaintiff, | **ORDER RE RECONSIDERATION** |
| v. | |
| UNITED STATES OF AMERICA, et al, | |
| Defendants.             / | |

Now before the Court is plaintiff's motion for reconsideration of the Court's Order of Dismissal. Plaintiff has failed to meet the requirements of Local Rule 7-9. Therefore his motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: January 26, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5370\orderrereconsideration.wpd